UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDON START,

**INDICTMENT**

Defendant.
_________________________________/

The Grand Jury charges:

**COUNT 1**
(Sexual Exploitation of a Child)

Between on or about November 24, 2025, and on or about December 22, 2025, in Ottawa County, in the Southern Division of the Western District of Michigan, and elsewhere,

BRANDON START

knowingly employed, used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted the same, knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce, and such visual depiction was actually transmitted using any means or facility of interstate commerce and in or affecting interstate commerce.

Specifically, BRANDON START employed, used, persuaded, induced, and enticed Minor A, who was less than 18 years old, to record photos and videos of herself

that included the lascivious display of Minor A's genitals and anus, and attempted the same.

BRANDON START employed, used, persuaded, induced, and enticed Minor A, and attempted the same, by means of a wireless cellular communications network, the internet, the application TikTok, and the iMessage messaging service. Minor A transmitted the visual depictions of sexually explicit conduct to BRANDON START over a wireless cellular communications network, the internet, and the iMessage messaging service.

18 U.S.C. § 2251(a) and (e)

**COUNT 2**

(Sexual Exploitation of a Child)

Beginning on an unknown date, and continuing from on or about November 30, 2025, through on or about April 2, 2026, in Ottawa County, in the Southern Division of the Western District of Michigan, and elsewhere,

BRANDON START

knowingly employed, used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, and attempted the same, knowing and having reason to know that such visual depictions would be transmitted using any means or facility of interstate or foreign commerce.

Specifically, BRANDON START employed, used, persuaded, induced, and enticed Minor B, who was less than 18 years old, to participate in photos and videos that included masturbation and the lascivious display of Minor B's genitals and pubic area, and attempted the same.

BRANDON START employed, used, persuaded, induced, and enticed Minor B, and attempted the same, by means of a wireless cellular communications network and the internet, and by means of the application Facebook, knowing and having reason to know that Minor B would transmit the visual depictions of sexually explicit conduct featuring Minor B to BRANDON START by means of a wireless cellular communications network and the internet, and the application Facebook.

18 U.S.C. § 2251(a) and (e)

**COUNT 3**

(Attempted Sexual Exploitation of a Child)

Between on or about May 2, 2026, and on or about May 28, 2026, in Ottawa County, in the Southern Division of the Western District of Michigan, and elsewhere,

BRANDON START

knowingly attempted to employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce, and such visual depiction was actually transmitted using any means or facility of interstate commerce and in or affecting interstate commerce.

Specifically, BRANDON START attempted to employ, use, persuade, induce, and entice Minor C, who was less than 18 years old, to record photos and videos of herself that included the lascivious display of Minor C's genitals and pubic area.

BRANDON START attempted to employ, use, persuade, induce, and entice Minor C by means of a wireless cellular communications network, the internet, the application TikTok, and the WhatsApp messaging application, knowing and having reason to know that Minor C would transmit the visual depictions of sexually explicit conduct featuring Minor C to BRANDON START by means of a wireless cellular communications network, the internet, the application TikTok, and the WhatsApp messaging application.

18 U.S.C. § 2251(a) and (e)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, as charged in Counts 1, 2, and 3 of this Indictment,

BRANDON START

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including, but not limited to, the following property:

1. A Seagate hard drive- 60 GB;
2. An Apple Laptop Model 2686;
3. A Dell Laptop;
4. An Apple iPhone 12;
5. A pink USB drive;
6. A black USB drive;
7. A PNY 128 GB USB drive;
8. A Cruzer 16 USB drive;
9. A Cruzer 32 GB drive;
10. A SanDisk Ultra 32 GB USB; and
11. An unlabeled USB drive.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

AUSTIN J. HAKES
Assistant United States Attorney